FILED
CLERK, U.S. DISTRICT COURT
10/7/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RYO___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-00810-GW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 111(a)(1), (b): Assault on Federal Officer Resulting in Bodily Injury] |
| JOSE CRUZ-SEVERIANO, | |
| Defendants. | |

The Grand Jury charges:

[18 U.S.C. § 111(a)(1), (b)]

On or about September 14, 2025, in Los Angeles County, within the Central District of California, defendant JOSE CRUZ-SEVERIANO intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim S.G., an employee of Homeland Security Investigations, and, in doing so, made physical contact with S.G.,

//

//

while S.G. was engaged in, and on account of, the performance of S.G.'s official duties, resulting in the infliction of bodily injury.

             A TRUE BILL

             /S/_____
             Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

*[signature: Frances S. Lewis]*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

RAHUL R.A. HARI
Assistant United States Attorney
General Crimes Section