BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
IRICEL E. PAYANO (Cal. Bar No. 349141)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3899
    Facsimile: (213) 894-0141
    E-mail:    Iricel.Payano@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-00810-GW |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT PREJUDICE COMPLAINT AGAINST DEFENDANT JOSE CRUZ-SEVERIANO PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| JOSE CRUZ-SEVERIANO, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Iricel E. Payano, hereby moves to dismiss without prejudice its complaint against defense Jose Cruz-Severiano.

//
//
//

The United States moves to dismiss the complaint against defendant in the interests of justice under Federal Criminal Rule 48(a), and therefore respectfully requests that the Court grant its motion to dismiss the complaint without prejudice. Additionally, the Court should exonerate the bond for defendant.

On November 7, 2025, Bert Roughton, counsel for defendant, indicated that the defense does not oppose dismissal generally, but believes the dismissal should be with prejudice.

Dated: November 10, 2025

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

/s/ *Iricel E. Payano*
IRICEL E. PAYANO
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA